# UNITED STATES DISTRICT COURT
## Middle District of Alabama

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>KACE JONATHAN ZUIDHOEK | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 2:15cr412-01-WKW<br>USM No. 15867-002<br><br>_____<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __1-5__ of the term of supervision.

☑ was found in violation of condition(s) count(s) __6-7__ after plea of no contest.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant was unsuccessfully discharged from Dismas Charities | 10/05/2017 |
| 2 | Failure to refrain from the use of a controlled substance | 09/28/2017 |
| 3 | Failure to follow the instructions of the probation officer | 10/05/2017 |
| 4 | Failure to follow the instructions of the probation officer | 10/10/2017 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __2146__

Defendant's Year of Birth: __1991__

City and State of Defendant's Residence:
__Montgomery, AL__

04/11/2017
Date of Imposition of Judgment

_W. Keith Watkins_ (signature)
Signature of Judge

W. KEITH WATKINS, CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

4/19/18
Date

DEFENDANT: KACE JONATHAN ZUIDHOEK
CASE NUMBER: 2:15cr412-01-WKW

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Failure to submit monthly supervision reports | 02/28/2018 |
| 6 | New law violation - obstructing justice using a false identity | 02/04/2018 |
| 7 | New law violation - possession of a controlled substance-methamphetamine | 02/04/2018 |

DEFENDANT: KACE JONATHAN ZUIDHOEK
CASE NUMBER: 2:15cr412-01-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

24 months with no term of supervised release to follow. The term of supervised release imposed on April 7, 2017 is revoked.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the defendant be sent to a BOP facility offering the Residential Drug Program (RDAP) to address defendant's verified substance abuse disorder

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
   DEPUTY UNITED STATES MARSHAL